**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-2980**

———————

THOMAS T. SCAMBOS, JR.,

Plaintiff - Appellant,

versus

JACK G. PETRIE; ROBERT WATSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-95-321-A)

———————

Submitted:  April 15, 1996          Decided:  April 22, 1996

———————

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas T. Scambos, Jr., Appellant Pro Se.  Teresa Ellen McLaughlin, Gary R. Allen, Annette Marie Wietecha, Anthony Thomas Sheehan, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing with prejudice Appellant's action alleging violations of the Internal Revenue Code and denying his motion for relief under Fed. R. Civ. P. 52, 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Scambos v. Petrie</u>, No. CA-95-321-A (E.D. Va. July 24, 1995; Sept. 12, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>